**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6849**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

VINCENT EUGENE LINEBERGER,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CR-96-11-MU, CA-00-568-3-MU)

———————

Submitted:  July 25, 2001            Decided:  August 2, 2001

———————

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Vincent Eugene Lineberger, Appellant Pro Se.  Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vincent Eugene Lineberger appeals from the district court's order denying his motion for release on bail pending disposition of his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Lineberger, Nos. CR-96-11-MU; CA-00-568-3-MU (W.D.N.C. Apr. 17, 2001). We further deny Lineberger's motions for release pending appeal, for designation of additional pleadings in the record on appeal, and for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2